2-25-20

U S Court House
1 Courthouse Way Suite 500
Boston MA 02210

FILED IN CLERKS OFFICE
2020 MAR -9 PM 4:45
DISTRICT COURT
DISTRICT OF MASS.

Vincent Mitchell
PO Box 713
Greenville FL 32331

To whom may concern I would like to get my mail sent to me at this new address above my civil case No: 19-1198-mBB

Thank you for your prompt Response

Vincent 3 Mitchell
2-25-20